AO 91 (Rev. 02/09)  Criminal Complaint

DOR 8-3-17

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Cesar Guadalupe Rodriguez Quintero, ) | Case No. 17-8386 MJ |
| a.k.a.: Cesar Guadalupe Rodriguez-Quintero, ) | |
| a.k.a.: Cesar Rodriguez, ) | |
| (A089 813 792) ) | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 3, 2017 in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Cesar Guadalupe Rodriguez Quintero, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about November 14, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*CEB*

REVIEWED BY:  Charles E. Bailey, P.S. for AUSA Jillian M. Besancon

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  August 4, 2017

_____
*Judge's signature*

John Z. Boyle,
City and state:  Phoenix, Arizona                     United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 3, 2017, Cesar Guadalupe Rodriguez Quintero was booked into the Maricopa County Jail (MCJ) facility by the Phoenix Police Department, on local charges. While in custody at the MCJ, Rodriguez Quintero was encountered by ICE Officer R. Fields, who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On August 3, 2017, Rodriguez Quintero was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Rodriguez Quintero was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Cesar Guadalupe Rodriguez Quintero to be a citizen of Mexico and a previously deported criminal alien. Rodriguez Quintero was removed from the United States to Mexico at or near Brownsville, Texas, on or about

1

November 14, 2013, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Rodriguez Quintero in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Rodriguez Quintero's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Cesar Guadalupe Rodriguez Quintero was convicted of Re-Entry of Removed Alien, a felony offense, on January 22, 2013, in the United States District Court, District of Arizona. Rodriguez Quintero was sentenced to sixteen (16) months' imprisonment and three (3) years' supervised release. Rodriguez Quintero's criminal history was matched to him by electronic fingerprint comparison.

5. On August 3, 2017, Cesar Guadalupe Rodriguez Quintero was advised of his constitutional rights. Rodriguez Quintero freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 3, 2017, Cesar Guadalupe Rodriguez Quintero, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the

2

United States at or near Brownsville, Texas, on or about November 14, 2013, and not

having obtained the express consent of the Secretary of the Department of Homeland

Security to reapply for admission thereto; in violation of Title 8, United States Code,

Section 1326(a), and enhanced by (b)(1).


Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 4th day of August, 2017.


John Z. Boyle,
United States Magistrate Judge

3